IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:05cr27-T** |
| | ) | **(WO)** |
| **MARK ADAM FOTIS** | ) | |

<u>ORDER</u>

This cause is now before the court on defendant's motion to modify sentence, seeking to strike from the sentence recommendation imposed on September 7, 2005, the phrase "sex offender treatment." The motion fails to met the requirements of Federal Rule of Criminal Procedure 35, upon which defendant expressly relies. The rule prohibits court's from modifying sentences for reasons other than an "arithmetical, technical, or other clear error." Fed. R. Crim. P. 35(a). The scope of Rule 35(a) is specifically limited to corrections based on obvious error. <u>United States v. Yost</u>, 185 F.3d 1178, 1181 (11th Cir. 1999); <u>see also</u> Moore's Federal Practice, Criminal Procedure § 635.03

(2005). Thus, the court does not have the discretion to reconsider the appropriateness of a particular sentence.

Accordingly, it is ORDERED that defendant's motion to modify the sentence recommendation for "sex offender treatment" (Doc. No. 31) is denied.

DONE, this the 16th day of September, 2005.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**